United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO GARCIA TOBON, | § § | CIVIL ACTION NUMBER 4:25-cv-06145 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| GRANT DICKEY, *et al*, Respondents. | § § § | |

## ORDER

Prior order provided that either party could request oral hearing on the merits. Dkt 6 at 2. Petitioner requests such hearing. Dkt 10 at 18.

This matter is SET for hearing by Zoom on January 13, 2026, at 4:00 p.m.

Either party may instead request for the hearing to proceed in person.

The parties may jointly request brief resetting, if necessary and agreed.

SO ORDERED.

Signed on January 8, 2026, at Houston, Texas.

*/s/ CREskridge*
Honorable Charles Eskridge
United States District Judge